FILED
CLERK, U.S. DISTRICT COURT

3/10/23

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ jm _____ DEPUTY

AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)     ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

LODGED
CLERK, U.S. DISTRICT COURT

3/10/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ jb _____ DEPUTY

| | |
|---|---|
| United States of America | |
| v. | Case No.   2:23-mj-01135-duty |
| IVAN LOZANO, | |
| Defendant | |

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of July 21, 2022 in the county of Los Angeles in the Central District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Enticement of a Minor |
| 18 U.S.C. § 2252A(a)(5)(B), (b)(2) | Possession of Child Pornography |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Clint Wilmsen, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:       3/10/23

_____
*Judge's signature*

City and state:   Los Angeles, California        Hon. Michael R. Wilner, U.S. Magistrate Judge
*Printed name and title*

AUSA: Bruce Riordan (213-894-0480)

## AFFIDAVIT

I, Clint Wilmsen, being duly sworn, declare and state as follows:

## I.   PURPOSE OF AFFIDAVIT

1.   This affidavit is made in support of a criminal complaint against IVAN LOZANO ("LOZANO"), date of birth September 9, 1986, for violations of 18 U.S.C. § 2422(b) (enticement of a minor) and 18 U.S.C. § 2252A(a)(5)(B) and (b)(2) (possession of child pornography)(collectively the "Subject Offenses").

2.   The facts set forth in this affidavit are based upon information provided by other U.S. law enforcement agents; written reports about this investigation that I have received from other law enforcement agents; information gathered from the service of administrative subpoenas; the results of physical surveillance conducted by law enforcement agents; independent investigation and analysis by law enforcement agents/analysts; and my personal observations, training, experience, and background as a Special Agent.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II. <u>BACKGROUND OF SPECIAL AGENT CLINT WILMSEN</u>

3.     I am a Special Agent with the Federal Bureau of Investigation ("FBI") and received training at the FBI Academy and other Law Enforcement Training venues.  I was trained to conduct criminal investigations, including online investigations utilizing the identification and research of social media along with email and internet provider address tracking and analysis. During my employment with the FBI, I have participated in numerous investigations involving complex federal crimes, including international investment schemes, government program fraud, public corruption, national security, online extortion, human trafficking, and child pornography.  I am currently assigned to the FBI's Los Angeles Field Office, West Covina Resident Agency, where my duties include the investigation of federal crimes, including crimes involving child exploitation.

## III. <u>BACKGROUND ON CHILD EXPLOITATION OFFENSES, COMPUTERS, THE INTERNET, AND DEFINITION OF TERMS</u>

4.     In this affidavit, the terms "minor," "sexually explicit conduct," "visual depiction," "producing," and "child pornography" are defined as set forth in 18 U.S.C. § 2256.  The term "computer" is defined as set forth in 18 U.S.C. § 1030(e)(1).

5.     Based upon my training and experience in the investigation of child pornography, and information related to me by other law enforcement officers involved in the investigation of child pornography, I know the following information about the use of computers with child pornography:

2

a.   <u>Computers and Child Pornography</u>.  Computers and computer technology have revolutionized the way in which child pornography is produced, distributed, and utilized.  Child pornographers can now produce both still and moving images directly from a common video camera and can convert these images into computer-readable formats.  The use of digital technology has enabled child pornographers to electronically receive, distribute, and possess large numbers of child exploitation images and videos with other Internet users worldwide.

b.   <u>Internet</u>.  The term "Internet" is defined as the worldwide network of computers -- a noncommercial, self-governing network devoted mostly to communication and research with roughly 500 million users worldwide.  The Internet is not an online service and has no real central hub.  It is a collection of tens of thousands of computer networks, online services, and single user components.  In order to access the Internet, an individual computer user must use an access provider, such as a university, employer, or commercial Internet Service Provider ("ISP"), which operates a host computer with direct access to the Internet.

c.   <u>Internet Service Providers</u>.  Individuals and businesses obtain access to the Internet through ISPs.  ISPs provide their customers with access to the Internet using telephone or other telecommunications lines; provide Internet e-mail accounts that allow users to communicate with other Internet users by sending and receiving electronic messages through the ISPs' servers; remotely store electronic files on

their customer's behalf; and may provide other services unique to each particular ISP.  ISPs maintain records pertaining to the individuals or businesses that have subscriber accounts with them.  Those records often include identifying and billing information, account access information in the form of log files, e-mail transaction information, posting information, account application information, and other information both in computer data and written record format.

        d.   <u>IP Addresses</u>.  An Internet Protocol address ("IP Address") is a unique numeric address used to connect to the Internet.  An IPv4 IP Address is a series of four numbers, each in the range 0-255, separated by periods (e.g., 121.56.97.178).  In simple terms, one computer in a home may connect directly to the Internet with an IP Address assigned by an ISP.  What is now more typical is that one home may connect to the Internet using multiple digital devices simultaneously, including laptops, tablets, smart phones, smart televisions, and gaming systems, by way of example.  Because the home subscriber typically only has one Internet connection and is only assigned one IP Address at a time by their ISP, multiple devices in a home are connected to the Internet via a router or hub.  Internet activity from every device attached to the router or hub is utilizing the same external IP Address assigned by the ISP.  The router or hub "routes" Internet traffic so that it reaches the proper device.  Most ISPs control a range of IP Addresses.  The IP Address for a user may be relatively static, meaning it is assigned to the same subscriber for long periods of time, or dynamic, meaning

that the IP Address is only assigned for the duration of that online session.  Most ISPs maintain records of which subscriber was assigned which IP Address during an online session.

e.   The following definitions:

i.   "Child pornography," as defined in 18 U.S.C. § 2256(8), is any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical or other means, of sexually explicit conduct, where: (a) the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct; (b) the visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaged in sexually explicit conduct; or (c) the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct.

ii.   "Internet Service Providers" ("ISPs"), as used herein, are commercial organizations that are in business to provide individuals and businesses access to the Internet. ISPs provide a range of functions for their customers including access to the Internet, web hosting, email, remote storage, and co-location of computers and other communications equipment.

iii.  "Minor," as defined in 18 U.S.C. § 2256(1), refers to any person under the age of eighteen years.

iv.  "Sexually explicit conduct," as defined in 18 U.S.C. § 2256(2), means actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, anal-

genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the anus, genitals, or pubic area of any person.

v.   "Visual depiction," as defined in 18 U.S.C. § 2256(5), includes undeveloped film and videotape, data stored on computer disc or other electronic means which is capable of conversion into a visual image, and data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format.

vi.   "WhatsApp Messenger," also referred to as "WhatsApp," is an internationally available instant messaging and voice-over-IP service owned by Meta Platforms.  The WhatsApp application is free to the user and can be installed on mobile telephones utilizing multiple operating systems.

### IV. <u>SUMMARY OF PROBABLE CAUSE</u>

6.   In approximately December 2019, LOZANO, who was then about 33 years old, first contacted the victim, N.N.N, a minor, ("N.N.N." or "Victim") via social media when she was approximately 14 years old.  N.N.N. was a resident of Dar es Salaam, Tanzania, and she told LOZANO her age.  After approximately December 2020, N.N.N. sent LOZANO nude images and videos of herself, often at LOZANO's direction.

7.   From approximately October 2, 2021 through October 10, 2021, LOZANO traveled to Dar es Salaam, Tanzania to visit N.N.N. the week before N.N.N.'s sixteenth birthday.  During this visit, LOZANO videotaped himself having sex with N.N.N.  LOZANO

intended to travel to Dar es Salaam, Tanzania again in February 2022 to visit N.N.N.  However, in January 2022, N.N.N.'s relationship with LOZANO was discovered by her parents.

8.    Online account and telephone provider subscriber records indicated that the online account and telephone number used to communicate with N.N.N. were associated with LOZANO. Moreover, LOZANO sent the Victim a photograph of himself, and the Victim had photographs of herself with LOZANO, which are consistent with photographs associated with LOZANO's United States Passport and California Driver License.

9.    On July 21, 2022, FBI Agents and a Task Force Officer executed a federal search warrant at 161 West Trafford Street, Long Beach, California 90805 ("LOZANO's Residence").  FBI Agents seized five evidence items from LOZANO's Residence.

10.    I interviewed LOZANO who stated that he: (1) utilized the WhatsApp communication account used to contact N.N.N.; (2) knew an individual in Tanzania with N.N.N.'s first name; (3) discussed travel to Tanzania; and (4) declined to discuss N.N.N.

11.    A forensic review was conducted of the evidence items seized at LOZANO's Residence.  These evidence items contained: (1) Chats between LOZANO and N.N.N.; (2) Audio messages between LOZANO and N.N.N.; (3) Images of LOZANO and N.N.N. together; (4) Images and videos of N.N.N., some depicting N.N.N. nude; and (5) videos that appeared to depict LOZANO and N.N.N. having sex.

12.    The forensic review of these evidence items also identified videos and images (not of N.N.N.) that appeared to depict child sexual abuse material ("CSAM"), some of which were

identified by the National Center for Missing and Exploited
Children ("NCMEC") as depicting identified child victims.

### V.  STATEMENT OF PROBABLE CAUSE

**A.  N.N.N.'s Father Reported LOZANO's Sexual Abuse of N.N.N. in Tanzania to Police in Los Angeles, California**

13.  According to Los Angeles Police Department ("LAPD")
reports, starting on approximately January 11, 2022, Nasser
Nassir ("Nassir"), who lives in Dar es Salaam, Tanzania, sent a
series of emails to LAPD alleging that LOZANO traveled from Los
Angeles, California to Dar es Salaam, Tanzania and had sex with
his then 15-year-old daughter, N.N.N.  Nassir alleged that
LOZANO traveled to Dar es Salaam, Tanzania on approximately
October 4, 2021, met N.N.N at several hotels, and had sex with
N.N.N.  Nassir alleged that LOZANO had been in contact with
N.N.N. since she was 13 years old, and LOZANO utilized WhatsApp
telephone number 626-478-8416 ("LOZANO Telephone").  Nassir
provided a screen capture of a photograph from his daughter's
phone depicting N.N.N. and LOZANO while they were together in
Dar es Salaam, Tanzania.

14.  LAPD referred Nassir and this matter to the FBI.

**B.  FBI Initiated an Investigation of LOZANO**

15.  On or about January 14, 2022, I emailed Nassir
requesting additional information regarding his allegations.  In
response, Nassir emailed background and identifying information
for himself and N.N.N. including N.N.N.'s date of birth of
October 14, 2005.  Nassir emailed additional photographs of
LOZANO from N.N.N.'s phone.  Nassir agreed to travel to the

United States Embassy in Dar es Salaam, Tanzania with N.N.N. so that N.N.N. could be interviewed by FBI personnel.  Nassir also agreed to provide N.N.N.'s mobile telephone to FBI personnel.

    **C.    Victim Stated that LOZANO, Knowing N.N.N. Was A Minor, Asked Her To — And She Did — Send Naked Photographs of Herself To Him; LOZANO Traveled to Tanzania From Los Angeles and Had Sex With N.N.N.**

    16.    On February 25, 2022, FBI Special Agent Julius F. Nutter interviewed N.N.N at the United States Embassy in Dar es Salaam, Tanzania.  Also present at the interview were N.N.N.'s parents.  During the interview, N.N.N. provided the following information:

    a.    In approximately December 2019, LOZANO initiated contact with N.N.N. by responding to N.N.N.'s social media post. LOZANO and N.N.N. communicated via WhatsApp, and LOZANO's WhatsApp telephone number was LOZANO's Telephone (626-478-8416). During the first year of their relationship, N.N.N. estimated she communicated with LOZANO via approximately ten audio conversations and less than ten video conversations.  LOZANO and N.N.N. discussed daily activities and N.N.N.'s interests. N.N.N. told LOZANO that she was thirteen-years-old, and N.N.N. believed LOZANO was in his twenties.  LOZANO and N.N.N. discussed the difference in their ages.

    b.    In approximately December 2020, LOZANO initiated a change in their relationship from being friends to being romantic.  LOZANO and N.N.N. continued their romantic relationship until it was discovered by N.N.N.'s mother on about January 10, 2022.  During this time, LOZANO would ask N.N.N. for

nude photographs and nude videos, and N.N.N. would send nude photographs and videos to LOZANO.  Sometimes, N.N.N. would send nude images or videos without being requested to do so by LOZANO.  From approximately December 2020 through January 2022, N.N.N. estimated she sent LOZANO the following via WhatsApp:

       i.  Less than twenty nude pictures of N.N.N.

      ii.  Less than ten nude videos of N.N.N.

    c.  In October 2021, LOZANO traveled to Dar es Salaam, Tanzania to visit N.N.N. and arrived on a Monday.  LOZANO told N.N.N. that he transited through Turkey on his travel to Tanzania.

    d.  On Monday, N.N.N. visited LOZANO after her school ended at the Uhuru Heights Apartments in Dar es Salaam, Tanzania.  LOZANO and N.N.N. visited for one hour, kissed, and walked to N.N.N.'s residence together.

    e.  On Tuesday, N.N.N. did not attend school, and instead spent the day with LOZANO talking, dining, and traveling in a boat to a nearby island.  At LOZANO's apartment, they talked, kissed, and LOZANO touched N.N.N. "all over her body."

    f.  On Wednesday, N.N.N. attended school and visited LOZANO at his apartment.  LOZANO and N.N.N. kissed and touched each other.

    g.  On Thursday, N.N.N. attended school and later visited LOZANO at his apartment.  LOZANO and N.N.N. talked and kissed.  LOZANO undressed himself and N.N.N., and they had sex.

h.   On Friday, N.N.N. attended school and later visited LOZANO at his apartment.  LOZANO and N.N.N. ate a meal, talked, and cuddled.

i.   On Saturday, LOZANO attended N.N.N.'s church to meet N.N.N. there.  However, N.N.N. did not attend her church that day, and LOZANO did not meet N.N.N. that day.  On Saturday evening, LOZANO departed Tanzania.  LOZANO told N.N.N. that he transited through Doha, Qatar on his return to Los Angeles, California.

j.   LOZANO intended to travel to Dar es Salaam, Tanzania again in February 2022 to visit N.N.N.  However, in January 2022, N.N.N.'s relationship with LOZANO was discovered by her parents, and N.N.N.'s communications with LOZANO ended.

**D.   A Digital Review of N.N.N.'s Phone Corroborated LOZANO's Travel to Tanzania and Sex with N.N.N.**

17.  On February 25, 2022, Nassir and N.N.N.'s mother provided N.N.N.'s telephone ("N.N.N's Telephone") to FBI SA Nutter and signed FBI Consent to Search and Waiver of Ownership forms.  N.N.N.'s Telephone was transported to me at FBI Los Angeles, West Covina Resident Agency.

18.  On or about March 14, 2022, I created a forensic report of N.N.N.'s Telephone including the WhatsApp conversations between LOZANO and N.N.N.  The following are summaries, not exact transcripts, of conversations between LOZANO and N.N.N. via WhatsApp:

19.  On or about August 23, 2021, prior to LOZANO's travel to visit N.N.N., the following conversation occurred:

LOZANO:  I'm also really really looking forward to see what I would see on those videos but in real life [Error in original]

[Redacted]

LOZANO:  I'll even wanna kiss you … down there [Error in original]

N.N.N.:  I think I'd really like that

20.   On or about September 13, 2021, prior to LOZANO's travel to visit N.N.N., the following conversation occurred:

N.N.N.:  I can wait for it fo just be me and you at home [Errors in original]

N.N.N.:  "Practicing to start a family" whenever

N.N.N.:  I think we'll do a lot of practicing before we actually have a family

[Redacted]

LOZANO:  I wouldn't mind practicing a few times when I visit you next month.

21.   On or about September 17, 2021, prior to LOZANO's travel to visit N.N.N., the following conversation occurred:

N.N.N.:  I coukd kiss your neck while im ontop of you [Errors in original]

LOZANO:  I would wanna kiss you too [Errors in original]

LOZANO:  All over

N.N.N.:  You can do that when im done kissing youu [Errors in original]

LOZANO:  Your gonna make my thingy really really hard [Error in original]

N.N.N.:  I thought that was the point

LOZANO:  They I'm gonna wanna stick it in [Error in original]

N.N.N.:  I guess I'll be really wet

N.N.N.:  So we could give it a try slowly

LOZANO:  I already know it will feel so good

LOZANO:  And yeah we can try it slowly

N.N.N.:  And after that maybe we speed up

LOZANO:  Not that I care I just ask so I don't hurt you down there

LOZANO:  You've done it before?

N.N.N.:  No no no

N.N.N.:  I just know how it works lol

LOZANO:  Then I definitely will have to go slow

22.   On or about October 25, 2021, after LOZANO traveled to visit N.N.N., the following conversation occurred:

LOZANO:  Yeah you definitely are don't worry [Error in original]

LOZANO:  Zero chance lol

LOZANO:  Also don't be surprised if your period doesn't come until really late like 2 weeks later than normal [Error in original]

LOZANO:  Once you start doing 'stuff' then everything changes [Error in original]

N.N.N.:  That's good news I guess

N.N.N.:  I was thinking about talking to my mom if you would've told me something negative lol

N.N.N.:  I hate how you know more about this than me

N.N.N.:  But okay Im not freaking out anymore lol [Error in original]

N.N.N.:  Yeahh [Error in original]

N.N.N.:  I'll take your word

LOZANO:  By the way

LOZANO:  Please delete this chat in case you know who finds it lol

N.N.N.:  I know a few of my friends lost their virginity a while ago but I don't feel like I could ask them

[Redacted]

LOZANO:  I know you'll feel much better once your period comes but that won't be for another 2 weeks maybe [Error in original]

[Redacted]

N.N.N.:  And I started my period, I've never been this excited

23.  On or about December 8, 2021, after LOZANO traveled to visit N.N.N., the following conversation occurred:

LOZANO:  Wish I could see you with nothing on and me with Nothing on [Error in original]

N.N.N.:  Me tooo [Error in original]

N.N.N.:  More like I wish I could actually be with you with nothing on one more time [Error in original]

14

> N.N.N.:  You, ontop of me [Error in original]
>
> N.N.N.:  Breathing kinda heavy [Error in original]
>
> N.N.N.:  Kissing from time to time
>
> N.N.N.:  I really miss you
>
> LOZANO:  I also wish I can really stick it in … [Error in original]
>
> LOZANO:  It felt so good
>
> LOZANO:  Even tho I hurt you [Error in original]
>
> N.N.N.:  I'd still do it all again

24.  On or about April 5, 2022, I created a forensic report of N.N.N.'s Telephone.  N.N.N.'s Telephone contained a contact for LOZANO with LOZANO's Telephone (626-478-8416)[1] and the WhatsApp application.  N.N.N.'s telephone also contained approximately 226 audio files that were apparently created and sent between LOZANO and N.N.N.  The following are summaries, not exact transcripts, of selected audio files:

a.  On or about August 23, 2021, before LOZANO traveled to visit N.N.N., LOZANO created the following audio message:

i.  And after I'm done kissing you down there…I'll definitely want to put my finger in there [Error in original][2]

---

[1] As described further below, LOZANO's statements and records obtained pursuant to subpoenas indicated LOZANO used telephone number 626-478-8416.

[2] The descriptions of audio messages are summaries and not exact transcripts.  The summaries are written to accurately reflect the content of the messages.  As a result, grammatical and other errors are included in the summaries without correction.

b.   On or about October 24, 2021, after LOZANO traveled to visit N.N.N., N.N.N. created the following audio messages:

i.   I might be overreacting here, but I don't think so...I can't really tell anyone else but you I should start my period in like 3 or 4 days from today...and then today I get this brown discharge… I mean it makes since after my period…but before, that's a new experience for me...because it has never happened...so I search it up on the Internet, and they give up a bunch of diseases, then they are like it could be a sign of pregnancy, I don't want to think it is true, but the fact that it could be possible is freaking me out [Error in original]

ii.   Umm.  I don't know.  Maybe you can tell me something, so I know that chances are almost zero.  [Error in original]

c.   On or about October 24, 2021, after LOZANO traveled to visit N.N.N., LOZANO created the following series of audio messages:

i.   After all this time, like I've learned that it changes everything…so like definitely it's going to take like a lot of time for your period to happen, it's going to take longer than usual then probably it's going to start like the days changing and stuff, like one month one day and another month another day.  [Error in original]

ii.   But yeah, um, 100% don't worry, um, I was very super careful, and definitely it was always out before, you

16

know, stuff happened, so none of it, like not even a little bit,
got inside.  [Error in original]

         iii. But look, you don't have to take my word for
it, if you know older people, women that you trust, you can ask
them and they'll tell you, like, once it's your first time, then
like everything like changes like especially your period, that
just like messes up, um so um or you can like look it up, but
like, yeah, everything I'm telling you, I was very super
careful, you know, I pulled it out way before anything came out,
and um yeah, I just, I wouldn't worry, but don't be surprised if
like stuff starts happening that's unusual, that's, you know,
that happens, when it's your first time.  [Error in original]

   **E.   Other Initial Evidence Showed LOZANO Was the Person
      Who Communicated With N.N.N. and Traveled to Meet
      N.N.N.**

   25.  Multiple sources of information corroborated that
LOZANO communicated with and traveled to victim N.N.N. in
Tanzania.

         1.   <u>WhatsApp Subscriber Information</u>

   26.  LOZANO utilized WhatsApp profile with LOZANO's
Telephone (626-478-8416) to communicate with N.N.N.  On about
March 3, 2022, an administrative subpoena was served to WhatsApp
for subscriber information for LOZANO's Telephone.  On about
March 4, 2022, WhatsApp responded to the subpoena by providing
records with the following information:

         a.   Telephone number:  LOZANO's Telephone (626-478-
8416)

      b.    Service Start:  October 3, 2019

      c.    Device Type:  iPhone

      d.    Model:  Apple iPhone 12 Pro Max

      e.    Last seen IP:  IP 12.34.185.218 on March 4, 2022 at 21:55:10 UTC

      2.   <u>AT&T IP Address Information</u>

27.  The WhatsApp response to an administrative subpoena associated IP address 12.34.185.218 with the WhatsApp profile with LOZANO's Telephone.  On May 3, 2022, I conducted an IP address lookup utilizing open source tools and learned the Internet Service Provider for IP address 12.34.185.218 was AT&T Services.  On May 4, 2022, an administrate subpoena was served to AT&T Internet Services for subscriber information for IP address 12.34.185.218.  On about May 14, 2022, AT&T Services responded to the administrative subpoena by providing records that indicated that IP address 12.34.185.218 was "part of a block of IPs sub-leased and assigned to a ... customer."  The AT&T Customer was identified as:

      a.   Customer Name:  Alpha Medical Management

      b.   Primary Contact:  Martha Sarabia (LOZANO's mother)

      3.   <u>AT&T Telephone Subscriber Information</u>

28.  The WhatsApp response to an administrative subpoena associated LOZANO's Telephone (626-478-8416).  On about March 3, 2022, an administrative subpoena was served to AT&T for subscriber information for telephone number 626-478-8416.  On

about March 7, 2022, AT&T responded to the subpoena by providing records with the following information:

  a. Financial Liable and Billing Party

    i. Name:  Martha Sarabia (LOZANO's mother)

    ii. Address:  1366 W. Whittier Blvd., Montebello, California 90640.

  b. User Information

    i. Name:  Ivan Lozano (LOZANO)

    ii. Active:  February 27, 2015 to current

  4. <u>LOZANO's Travel Records and Passport</u>

29.  On or about January 12, 2022, I requested a search of the United States Department of Homeland Security Person Encounter List.  This search produced a record that LOZANO, born September 9, 1986, with passport 646085266, traveled as follows:

  a. On October 2, 2021, traveled from Los Angeles International Airport to Istanbul Airport in Turkey via Turkish Airlines.

  b. On October 10, 2021, traveled from Doha International Airport in Qatar to Los Angeles International Airport via Qatar Airways.

30.  On or about January 14, 2022, I requested a search of the United States Department of Homeland Security Passport database for passport number 646085266.  This search resulted in in the following:

  a. Name:  Ivan Lozano (LOZANO)

  b. Also known as:  Ivan Lozano Sarabia

  c. Born:  September 9, 1986

    d.   Issued:  July 9, 2019

    e.   Place of Birth:  USA

    5.   <u>LOZANO Photograph Comparisons</u>

31.  Nassir provided screen captures of photographs from his daughter's telephone depicting N.N.N. and LOZANO while they were together in Dar es Salaam, Tanzania.[3]  Nassir also provided a screen capture of a photograph LOZANO sent to N.N.N. that was stored on N.N.N.'s Telephone.

32.  On or about January 14, 2022, I requested a search of the United States Department of Homeland Security Passport database for passport number 646085266 for LOZANO that also produced a passport photograph of LOZANO.

33.  On approximately April 28, 2022, I requested a search of the California Law Enforcement Telecommunications System and California Department of Motor Vehicle for records of LOZANO and received the following results:

    a.   Name:  Ivan Lozano

    b.   Born:  September 9, 1986

    c.   California Driver License:  D6484457

34.  Below are cropped copies of photographs of LOZANO: (1) from N.N.N.'s Telephone; (2) with N.N.N., also from N.N.N.'s phone; (3) from the California Department of Motor Vehicles; and (4) from LOZANO's United States passport, which appear to show the same person:

---

[3] N.N.N. confirmed that one of these photographs depicted her and LOZANO in Tanzania.



LOZANO FROM VICTIM PHONE



LOZANO WITH VICTIM



LOZANO CA DMV



LOZANO US PASSPORT

**F.   Federal Search Warrant Executed at LOZANO'S Residence**

35.   On July 19, 2022, the Honorable Charles Eick, United States Magistrate Judge in the Central District of California, issued a warrant, No. 2:22-MJ-02755, authorizing the search of

21

LOZANO's residence at 161 West Trafford Street, Long Beach, California 90805.

36.   On July 21, 2022, FBI Agents and a Task Force Officer ("TFO") executed the federal search warrant at LOZANO's residence.  Located in the residence were LOZANO and LOZANO's mother (Martha Sarabia).  The FBI interviewed LOZANO and seized five evidence items from LOZANO's residence.

### G.   INTERVIEW OF LOZANO

37.   On July 21, 2022, FBI TFO Steve French and I interviewed LOZANO after LOZANO reviewed and signed an FBI Advice of Rights form.  The interview was recorded.  In summary, LOZANO stated the following:

a.   LOZANO used telephone number 626-478-8416 (LOZANO's Telephone).

b.   LOZANO used a WhatsApp account utilizing telephone number 626-478-8416 (LOZANO's Telephone).

c.   LOZANO knew an individual in Tanzania with N.N.N.'s first name.

d.   LOZANO discussed travel to Tanzania.

e.   LOZANO declined to discuss his relationship with N.N.N.

### H.   REVIEW OF LOZANO EVIDENCE ITEMS SIEZED FROM LOZANO'S RESIDENCE

38.   The FBI seized five evidence items during the search of LOZANO's residence.  Each evidence item was forensically processed.

1.   <u>Device Three</u>

39.   One of the evidence items seized from LOZANO's residence was a digital device described as "Apple iPhone (blue) with clear case with astronaut graphic with USB-C charging cable" ("Device Three").  In summary, Device Three contained the following:

a.   <u>*Evidence Regarding N.N.N.*</u>

40.   Device Three contained approximately the following items regarding N.N.N.:

a.   33 images and two videos of LOZANO and N.N.N. together.

b.   28 images that appear to depict LOZANO in Tanzania.

c.   430 images of N.N.N., with approximately 233 of those images depicting N.N.N. nude.

d.   122 videos of N.N.N., with approximately 57 of those videos depicting N.N.N. nude.

e.   454 audio messages sent between LOZANO and N.N.N.

f.   Chat messages between LOZANO and N.N.N. which included discussions of:

i.   LOZANO's travel to Tanzania in October 2021.

ii.  N.N.N.'s age.

iii. Sexual activity.

iv.  Sending images and/or videos.

        b.    *Evidence Regarding Child Sexual Abuse Material*

41. Device Three contained approximately 2,654 videos appearing to depict child sexual abuse material ("CSAM")(not of victim N.N.N.).

42. On approximately September 22, 2022, I submitted these 2,654 videos to the National Center for Missing and Exploited Children ("NCMEC"). On about November 21, 2022, NCMEC issued a report indicating that about 314 of the submitted videos depicted CSAM of identified victims. Below are brief summaries of three of the CSAM videos identified by NCMEC as depicting identified victims:

        a.    CSAM Video One

        i.    File Name: "_____ ____ Pedo - 10Yo Willing Daughter Pthc Child Kid Sex (Man Fucks Preteen Girl - _____ _____ _____)-1"

        ii.    Description: This video was approximately one minute and 14 seconds in duration. It opened with a minor child, dressed, laying on a bed. The girl was smiling while doing summersaults on the bed. The image changed, and the same girl was laying on the bed, naked from the waist down, with her legs in the air, exposing her bare vagina. The image changed again, and a minor child was vaginally penetrated by an unknown male. The video ended with the male adult ejaculating on the stomach and vagina of the female child.

        b.    CSAM Video Two

i.   File Name: "telegram-cloud-document-1-5003957746781913394"

ii.   Description:  This video was approximately one minute and 23 seconds in duration.  It opened with an image of a minor female orally copulating an unknown male's erect penis.  The victim continuously rubbed the male's erect penis while she orally copulated it.  At one point, she paused and looked to the side at the camera.  The unknown male then put his hand on the back of the victim's head and pushed her head towards his body, causing more of his penis into her mouth.  The male then took his penis out of the girl's mouth and masturbated.  After several seconds of masturbation, the male inserted his erect penis back into the victim's mouth.

c.   CSAM Video Three

i.   File Name: "telegram-cloud-document-1-4967710288682942876"

ii.   Description: This video was approximately 10 seconds in duration.  It opened with an image of an apparent female toddler laying on her back with her legs spread apart.  An unknown person's erect penis rubbed continuously on the toddler's exposed vagina.

2.   Device Six[4]

43.   One of the evidence items seized from LOZANO's residence was a digital device described as "Apple iPhone

_____

[4] During the FBI investigation of this matter, the first evidence item collected was N.N.N.'s telephone.  Therefore, within the FBI evidence system, the five evidence items seized from LOZANO's Residence were evidence items two through six.

(black), Model A1660, FCC ID: BCG-E3085A, IC: 579C-E3085A with charger" ("Device Six").  In summary, Device Six contained the following:

    a. *Evidence Regarding N.N.N.*

44.  A series of seven videos were recovered from Device Six.  Five videos appear to depict LOZANO placing a video recorder in a hotel room.  Two videos appear to depict LOZANO and N.N.N. together which are generally described as:

    i. One video with an October 4, 2021 creation date appearing to depict LOZANO and N.N.N. removing their clothes and engaging in sexual activity.

    ii. A second video with an October 6, 2021 creation date appearing to depict LOZANO and N.N.N. removing their clothes and engaging in sexual activity.

45.  Two videos that appear to depict N.N.N. nude while touching her breasts.

46.  Audio messages sent between LOZANO and N.N.N. which discuss:

    a. Planning activities in Tanzania.

    b. Planning LOZANO's travel to Tanzania.

    c. N.N.N. attending school.

    b. *Evidence Regarding Child Sexual Abuse Material*

47.  Device Six contained approximately 1,493 images and 139 videos that appeared to depict CSAM (not of victim N.N.N.).

48.  On approximately August 26, 2022, I submitted these images and videos to NCMEC.  On about October 20, 2022, NCMEC

issued a report indicating that about 358 of the submitted images and 38 of the submitted videos depicted CSAM of identified victims.  Below are brief summaries of three of the CSAM videos identified by NCMEC as depicting identified victims:

      a.   CSAM Video One

          i.   File Name: "masturbando a nin_a en el piso"[5]

          ii.  Description:  This video was approximately one minute and 57 seconds in duration.  It opened with an image of a female toddler laying on her back naked.  The camera panned out and an unknown male inserted his finger in and out of the child's anus.  This continued for over 40 seconds and the child squirmed uncomfortably.  The unknown male then removed his finger from the child's anus and began to rub the child's vagina.  The unknown male rewarded the child with some sort of candy and then continued to rub the child's vagina with his hand and fingers.

      b.   CSAM Video Two

          i.   File Name: "Cp nin_a orinando y mamando"[6]

          ii.  Description:  This video was approximately two minutes and 32 seconds in duration.  It opened with an image of a young girl, naked, sitting on the toilet.  The camera panned down towards the child's vagina.  She spread her legs and exposed her vagina while she was sitting on the toilet.  An

---

[5] A machine translation of "masturbando a nin_a en el piso" produced an English translation of "masturbating a girl on the floor."

[6] A machine translation of "Cp nin_a orinando y mamando" produced an English translation of "girls urinating and sucking."

unknown male adult's erect penis entered the video.  The minor child began orally copulating the penis.  As the minor child was orally copulating the erect penis, she was also rubbing it back and forth.  The unknown male then took his penis out of her mouth and began to masturbate.  The minor child then began to lick the male's scrotum.  The male went back to masturbating until he ejaculated in the girl's mouth and on her face.

       c.   CSAM Video Three

          i.   File Name: "cp ufa"

          ii.   Description: This video was approximately 15 seconds in duration.  It opened with a minor, an apparent infant female, laying on her back.  The infant child's vagina was being penetrated by an unknown male's erect penis.  As the penetration occurred, the male reached down and rubbed the victim's vagina with his hand.

## VI. <u>CONCLUSION</u>

49.   For all the reasons described above, there is probable cause for the requested complaint against IVAN LOZANO, date of birth September 9, 1986, for violations of 18 U.S.C. § 2422(b) (enticement of a minor) and 18 U.S.C. § 2252A(a)(5)(B) and (b)(2) (possession of child pornography)(collectively the "Subject Offenses").

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this <u>10th</u> day of
March, 2023.

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

29